**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 07-00120-01-CR-W-GAF |
| | ) | |
| **WALTER J. HILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence. Defendant argues that the initial warrantless stop was not lawful because there was no showing that the confidential informant was reliable.

On June 28, 2007, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on the Motion to Suppress Evidence.

On July 5, 2007, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation. On July 16, 2007, Defendant's Objections to the Report and Recommendation of United States Magistrate were filed.

Upon careful and independent review of the pending motion, Defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence is OVERRULED and DENIED.

SO ORDERED.

                                                s/ Gary A. Fenner
                                                GARY A. FENNER, JUDGE
                                                UNITED STATES DISTRICT COURT

DATED: July 18, 2007